IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Lowery, Harold

Printed: 03/10/09

Case Number: 08 B 02723
Judge: Hollis, Pamela S
Filed: 2/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 15, 2008
Confirmed: April 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,373.84 |  |
| Secured: |  | 3,823.34 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 350.50 |
| Other Funds: |  | 0.00 |
| Totals: | 5,373.84 | 5,373.84 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,200.00 | 1,200.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | ShoreBank | Secured | 0.00 | 0.00 |
| 4. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 3,000.00 | 0.00 |
| 6. | City Of Chicago | Secured | 449.27 | 87.18 |
| 7. | ShoreBank | Secured | 3,317.47 | 331.63 |
| 8. | Home Loan Services | Secured | 34,068.45 | 3,404.53 |
| 9. | ECast Settlement Corp | Unsecured | 604.07 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 1,836.83 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 4,188.75 | 0.00 |
| 12. | Capital One | Unsecured | 693.82 | 0.00 |
| 13. | Capital One | Unsecured | 1,004.89 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 2,540.65 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 384.29 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 342.69 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 857.05 | 0.00 |
| 18. | Capital Recovery Systems | Unsecured | 485.54 | 0.00 |
| 19. | Commonwealth Edison | Unsecured | 1,219.02 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 695.21 | 0.00 |
| 21. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 22. | GEMB | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | Thd/Cbsd | Unsecured |  | No Claim Filed |
| 25. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 26. | Bank One | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Lowery, Harold | Case Number: 08 B 02723 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 2/6/08 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 56,888.00 | $ 5,023.34 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 0.71 |
| 6.5% | 271.39 |
| 6.6% | 78.40 |
| | $ 350.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: